UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>CENTRAL GROCERS, INC., et al.,<br><br>Debtor(s)<br>HOWARD B. SAMUELS, solely as chapter 7 trustee of the estates of CENTRAL GROCERS, INC., et al.,<br><br>Plaintiff(s)<br>26700 RYAN INVESTMENTS, LLC, et al.,<br><br>Defendant(s) | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | BK No.: 17-13886<br>(Jointly Administered)<br>Chapter: 7<br>Honorable Janet S. Baer<br><br><br>Adv. No.: 19-00068 |

**ORDER GRANTING TRUSTEE'S MOTION FOR (1) ENTRY OF DEFAULT AND (2) ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANTS 26700 RYAN INVESTMENTS, LLC, HAITHAM ZOMA, AND NASHWAN ZOMA**

This matter coming before the Court on the Trustee's Motion for (1) Entry of Default and (2) Entry of Default Judgment Against Defendants 26700 Ryan Investments, LLC, Haitham Zoma, and Nashwan Zoma ("Motion"), due notice of the motion having been given, and the Court being duly advised in the premises,

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED as set forth herein;

2. Defendants 26700 Ryan Investments, LLC, Haitham Zoma, and Nashwan Zoma are found and held to be in default;

3. The Trustee is entitled to entry of judgment against Defendants 26700 Ryan Investments, LLC, Haitham Zoma, and Nashwan Zoma in the amount of $684,702.49.

4. Pursuant to Fed. R. Civ. P. 54(b), made applicable to this proceeding by Fed. R. Bankr. P. 7054, there is no just reason to delay enforcement or appeal of this order.

Enter: *[signature: Janet S. Baer]*

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: December 16, 2020

**Prepared by:**

Leo B. Oppenheimer (admitted pro hac vice)
REID COLLINS & TSAI LLP
1601 Elm Street, Suite 4200
Dallas, TX 75201
(214) 420-8900 (T)
(214) 420-8909 (F)